MELINDA HAAG
United States Attorney
MIRANDA KANE
Chief, Criminal Division
THOMAS M. NEWMAN
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-6888
   Fax: (415) 436-7234
   E-Mail: thomas.newman2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CLAUDIA ROBINSON, )<br>)<br>    Defendant. )<br>)<br>)<br>)<br>_____ ) | No. CR-11-671-SBA<br><br>STIPULATION TO SET BRIEFING SCHEDULE |

The parties stipulate as follows:

1.    Defendant Claudia Robinson was charged with filing false claims, in violation of 18 U.S.C. § 287, wire fraud, in violation of 18 U.S.C. § 1343, aggravated identity theft, in violation of 18 U.S.C. 1028A, and obstructing the IRS, in violation of 26 U.S.C. § 7212(a).

2.    The defendant appeared in Court on September 26, 2011, and the government moved for detention based on a risk of flight and risk of obstruction pursuant to 18 U.S.C. § 3142(f)(2).  The request for a detention hearing was denied, and the defendant was released.

*Stipulation*
*Case No. CR 11-671-SBA*

3.      The government appealed the defendant's release, and the denial of the detention hearing, and was directed to file a stay of the release order.  The stay of the release order was denied as moot.

4.      The parties agree the defendant shall file a response to the government's appeal by Friday, September 30, 2011.

5.      The government will file a Reply brief, if any, by Monday, October 3, 2011.

6.      This matter shall be set for hearing on October 13, 2011, at 10:00 a.m.


DATED: October 7, 2011                          Respectfully submitted,


                                                MELINDA HAAG
                                                United States Attorney


                                                _____/s/_____
                                                THOMAS M. NEWMAN
                                                Assistant United States Attorney
                                                Tax Division


                                                _____/s/_____
                                                NED SMOCK
                                                Attorney for CLAUDIA ROBINSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-671-SBA |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CLAUDIA ROBINSON, | ) | |
| Defendant. | ) | |

In accordance with the parties' stipulation IT IS SO ORDERED.

DATED: October 6, 2011

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

*Stipulation*
*Case No. CR 11-671-SBA*            -3-