1  Mark R. Vermeulen [CSBN 115381]
   Law Office of Mark R. Vermeulen
2  755 Florida Street  #4
   San Francisco, CA  94110.2044
3  Phone: 415.824.7533
4  Fax: 415.824.4833

5
   Attorney for Defendant
6  CLAUDIA ROBINSON

7
                          UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9
                                OAKLAND DIVISION
10

11
   UNITED STATES OF AMERICA,            )  No. CR-11-0671 SBA
12                                       )
          Plaintiff,                     )  **STIPULATION AND  ORDER CONTINUING**
13                                       )  **STATUS HEARING AND EXCLUDING**
          v.                             )  **TIME**
14                                       )
   CLAUDIA ROBINSON,                     )
15                                       )
          Defendant.                     )
16  _____  )

17

18        This case is currently on calendar for a status conference on February 17, 2012, having been

19  continued by the Court from February 14, 2012.  Counsel for the parties have discussed the matter and

20  believe that they and the Court would benefit by counsel having additional time to discuss the case prior

21  to the next court date.  The parties therefore respectfully request that the status conference be continued

    to March 20, 2012 at 10:00 a.m.

22        Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the hearing

23  currently set for February 17, 2012 be continued to March 20, 2012 at 10:00 a.m.

24        THE PARTIES FURTHER STIPULATE AND REQUEST  that the Court find that the ends of

25  justice are served by excluding the time from February 17, 2012 to March 20, 2012 from computation

26  under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the

27  defendant the reasonable time necessary for effective preparation of counsel, taking into account the

28  / / /

29  / / /

30
                                              -1-

1
2
exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

3
    IT IS SO STIPULATED.

Dated:  February 13, 2012                            Melinda Haag
4                                                    United States Attorney
5

6                                                    /S/_____
                                                     Thomas M. Newman
7                                                    Assistant United States Attorney
8

9
Dated:  February 13, 2012                            /S/_____
10                                                   Mark R. Vermeulen
                                                     Attorney for Defendant
11                                                   CLAUDIA ROBINSON
12

13
                                    **ORDER**
14
    Based on the foregoing stipulation, and good cause appearing,
15
    IT IS HEREBY ORDERED that the hearing currently set for February 17, 2012 shall be
16
continued to March 20, 2012 at 10:00 a.m.
17
    IT IS FURTHER ORDERED that the Court find that the ends of justice are served by excluding
18
the time from February 17, 2012 to March 20, 2012 from computation under the Speedy Trial Act
19
because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable
20
time necessary for effective preparation of counsel, taking into account the exercise of due diligence,
21
and the ends of justice served by excluding the above time outweigh the best interests of the public and
22
the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).
23
    IT IS SO ORDERED.
24

25
Dated:  February 15, 2012                  _____
26                                          Saundra B. Armstrong
                                            United States District Judge
27

28

29

30
                                    -2-