1  MELINDA HAAG
   United States Attorney
2  MIRANDA KANE
   Chief, Criminal Division
3  THOMAS M. NEWMAN
   Assistant United States Attorney
4      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
5      Telephone: (415) 436-6888
       Fax: (415) 436-7234
6      E-Mail: thomas.newman2@usdoj.gov

7  Attorneys for Plaintiff

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,    )    No. CR-11-0671-SBA
                                 )
13         Plaintiff,             )
                                 )
14     v.                         )
                                 )    STIPULATED TO CONTINUE
15  CLAUDIA ROBINSON,            )
                                 )
16         Defendant.             )
                                 )
17                               )
                                 )
18  _____ )

19
        This matter was set for a status conference on May 1, 2012.  The Indictment in this case
20
   alleges several counts of wire fraud, filing false claims, and identity theft.  The government
21
   provided additional discovery related to this case in March 2012, and the defendant continues to
22
   review those materials.
23
        For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to
24
   May 30, 2012, at 9:30 am for a status hearing and that time under the Speedy Trial Act be
25
   excluded from May 21, 2012 until that date because the ends of justice outweigh the best interest
26
   of the public and the defendant in a speedy trial, for effective preparation of defense counsel,
27

28

*Stipulation*
*Case No. CR 11-671-SBA*

1  taking into account the exercise of due diligence, and for continuity of defense counsel.  18
2  U.S.C. § 3161(h)(7)(A) and (B)(iv).

4  DATED: May 22, 2012                              Respectfully submitted,

                                                   MELINDA HAAG
                                                   United States Attorney


                                                   _____/s/_____
                                                   THOMAS M. NEWMAN
                                                   Assistant United States Attorney
                                                   Tax Division



                                                   _____/s/_____
                                                   MARK VERMEULEN
                                                   Attorney for CLAUDIA ROBINSON

*Stipulation*
*Case No. CR 11-671-SBA*                    -2-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-671-SBA |
| Plaintiff, ) | |
| v. ) | ORDER |
| CLAUDIA ROBINSON, ) | |
| Defendant. ) | |

Good cause appearing therefor, IT IS ORDERED that this matter be continued until May 30, 2012, and that time under the Speedy Trial Act be excluded until that date because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, taking into account the exercise of due diligence, and for continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 21, 2012

_____
HON. DONNA M. RYU
United States Magistrate Judge

*Stipulation*
*Case No. CR 11-671-SBA*              -3-