Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
CLAUDIA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-0671 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [Proposed] ORDER** |
| ) | **CONTINUING STATUS HEARING AND** |
| v. ) | **EXCLUDING TIME** |
| ) | |
| CLAUDIA ROBINSON, ) | |
| ) | |
| Defendant. ) | |

This case is currently on calendar for a status conference on August 9, 2012.  Counsel for the parties have discussed the matter and believe the defense would benefit by having additional time to review the large volume of discovery and to otherwise continue case preparations.  The parties therefore respectfully request that the status conference be continued to September 6, 2012 at ~~10:00~~ 9:30 a.m.

Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the hearing currently set for August 9, 2012 be continued to September 6, 2012 at ~~10:00~~ 9:30 a.m.

THE PARTIES FURTHER STIPULATE AND REQUEST  that the Court find that the ends of justice are served by excluding the time from August 9, 2012 to September 6, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the

/ / /

/ / /

-1-

exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: August 2, 2012                    Melinda Haag
                                         United States Attorney


                                         /S/
                                         Thomas M. Newman
                                         Assistant United States Attorney


Dated: August 2, 2012                    /S/
                                         Mark R. Vermeulen
                                         Attorney for Defendant
                                         CLAUDIA ROBINSON


### ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for August 9, 2012 shall be continued to September 6, 2012 at 9:30 ~~10:00~~ a.m.

IT IS FURTHER ORDERED that the Court find that the ends of justice are served by excluding the time from August 9, 2012 to September 6, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.


Dated: August  8 , 2012                  _____
                                         Kandis A. Westmore
                                         United States Magistrate Judge