BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    jeane.hamilton2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> CLAUDIA ROBINSON, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 11-00671 SBA <br><br> STIPULATION AND [PROPOSED] ORDER VACATING JUNE 8, 2016 HEARING DATE AND SETTING MATTER FOR JUNE 16, 2016 |

Claudia Robinson is currently scheduled to appear before this Court tomorrow, on June 8, 2016, for a status appearance on her supervised release violations. The parties request additional time to discuss and research a resolution of this matter prior to the proposed new date. United States Probation is available on June 16. Accordingly, the parties ask that this Court vacate the June 8, 2016 hearing date and set the matter for status regarding the supervised release violations on June 16, 2016 at 9:30 a.m.

DATED: June 7, 2016                              /s/
                                                             JEANE HAMILTON
                                                              Special Assistant United States Attorney

DATED: June 7, 2016                              /s/
                                                             JOHN D. FORSYTH
                                                              Counsel for Claudia Robinson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00671 SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER VACATING JUNE 8, 2016 HEARING DATE AND SETTING MATTER FOR JUNE 16, 2016 |
| v. | ) ) | |
| CLAUDIA ROBINSON, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT THE HEARING SCHEDULED FOR June 8, 2016 is hereby VACATED and the matter is set for status, regarding the supervised release violations, on June 16, 2016 at 9:30 a.m.

IT IS SO ORDERED.

DATED: ___6/8/16_____     _____
                                                                    HON. KANDIS A. WESTMORE
                                                                    UNITED STATES MAGISTRATE JUDGE