JOHN D. FORSYTH (CSBN 178341)
The Law Office of John D. Forsyth
2431 Fillmore Street
San Francisco, California 94115
Office 415-401-0729
Facsimile 415-401-7609
e-mail sotts@earthlink.net

Attorney for Defendant
CLAUDIA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLAUDIA ROBINSON<br><br>  Defendant. | 11-CR-00671 SBA<br><br>STIPULATION AND [PROPOSED] ORDER VACATING JUNE 16, 2016 HEARING DATE AND SETTING MATTER FOR JUNE 22, 2016 |

Claudia Robinson is currently scheduled to appear before this Court on June 16, 2016, for a status appearance on her supervised release violations. On June 13, 2016, the parties met and conferred with Adult Probation regarding Ms. Robinson's status and her recent efforts to comply with the conditions of supervised release. At this time the parties request additional time to discuss and research a resolution of this matter prior to the proposed new date. This is also requested to give Ms. Robinson additional time to continue to comply with the conditions of her supervised release. The parties and United States Probation are available on June 22nd. Accordingly, the parties ask that this Court vacate the June 16, 2016 hearing date and set the matter for status regarding the supervised release violations on June 22, 2016 at 9:30 a.m.

[AUSA NAME]
11-CR-671 SBA

| | | |
|---|---|---|
| 1 | DATED: June 13, 2016 | _____/S/_____<br>JEANE HAMILTON |
| 2 | | Special Assistant United States Attorney |
| 3 | DATED: June 13, 2016 | _____/S/_____ |
| 4 | | JOHN D. FORSYTH<br>Counsel for Claudia Robinson |

[AUSA NAME]
11-CR-671 SBA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-CR-00671 SBA |
| Plaintiff, | [~~XXXXXXXXXX~~] ORDER VACATING JUNE 16, 2016 HEARING DATE AND SETTING MATTER FOR JUNE 22, 2016 |
| v. | |
| CLAUDIA ROBINSON | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT THE HEARING SCHEDULED FOR June 16, 2016 is hereby VACATED and the matter is set for status, regarding the supervised release violations, on June 22, 2016 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 6/15/16

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

[AUSA NAME]
11-CR-671 SBA